AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Charlie McCants, Jr., The People of South Carolina and Next Best Friends American Ambassadors in the matter of Charlie McCants Jr AAA/CC,<br>*Petitioner*<br>v.<br>Simon Major, Director of Sumter-Lee Detention Center,<br>*Respondents,* | )<br>)<br>)<br>)  Civil Action No.     1:12-cv-02721-RMG-SVH<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

☒ other: the petitioner, Charlie McCants, Jr., shall take nothing of the respondent, Simon Major, as to the petition filed pursuant to 28 U.S.C. §2241 and this action is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, dismissing the action without prejudice pursuant to FRCP 41.


Date:   December 4, 2012                                           *LARRY W. PROPES, CLERK OF COURT*

                                                                                          s/A. Buckingham
                                                                                  _____
                                                                                  *Signature of Clerk or Deputy Clerk*